Dan R. Lyman (SBN 319010)
E-Mail: dan@thelymanfirm.com
THE LYMAN FIRM
3558 Round Barn Blvd., Ste 200
Santa Rosa, CA 95403
Telephone: (707) 536-0231
Facsimile: (707) 536-0231

Attorney for Plaintiff
JOHNNY GRIJALVA

JASON P. BROWN (SBN 266472)
E-Mail: jbrown@fisherphillips.com
DAVID M. SHANNON (SBN 342187)
E-Mail: dshannon@fisherphillips.com
FISHER & PHILLIPS LLP
One Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
ROGERS ELECTRIC SERVICE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOHNNY GRIJALVA, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>ROGERS ELECTRIC SERVICE CORPORATION., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 1:23-CV-01426-JLT-BAM<br><br>*[Removed from Tulare County Superior Court, Case No. VCU301358]*<br><br>**JOINT NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that in accordance with Local Rule 160, the Parties report that the above-entitled case has settled. The parties anticipate memorializing the settlement and filing a Stipulation of Dismissal with Prejudice on or before April 15, 2024.

Based on the above representations, and good cause showing, the Parties request that all pending dates set by the Court in this matter be vacated.

Dated: February 23, 2024                     THE LYMAN FIRM

                                             By:  */s/ Dan R. Lyman*
                                                  Dan R. Lyman
                                                  Attorney for Plaintiff
                                                  JOHNNY GRIJALVA

Dated:  February 23, 2024                    FISHER & PHILLIPS LLP

                                             By:   */s/ David M. Shannon*
                                                  JASON P. BROWN
                                                  DAVID M. SHANNON
                                                  Attorneys for Defendant
                                                  ROGERS ELECTRIC SERVICE CORPORATION